UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES STRICKLAND | Hon. Douglas E. Arpert<br><br>Crim. No. 10-291<br><br>**DETENTION ORDER** |

This matter having come before the Court for an initial appearance on a Petition for Warrant for Offender Under Supervision (the "Petition") issued by the United States District Court, Middle District of Tennessee, on September 27, 2013 regarding the alleged failure of defendant James Strictland (Andrea Bergman, Esq., appearing) to comply with certain conditions of supervised release, and a hearing regarding the Petition having been scheduled in the United States District Court, Middle District of Tennessee, on June 2, 2014, it is hereby ORDERED:

Pursuant to Title 18, United States Code, Section 3143(a)(1), that defendant Strickland be committed to the custody of the Attorney General or his authorized representative pending further proceedings in the above-entitled matter.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge